**Order filed, November 14, 2013.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00892-CV

_____

### CASEY BEAVERS, Appellant

### V.

### HOUSTON FIREFIGHTERS' RELIEF AND RETIREMENT FUND, Appellee

**On Appeal from the 234th District Court
Harris County, Texas
Trial Court Cause No. 2012-67882**

## ORDER

The reporter's record in this case was due **November 08, 2013**. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Norma Duarte**, the official court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM